■ In the Matter of JACQUES ZENNER, Respondent, v JOHN D. KINSELLA et al., Constituting the Board of Elections of the County of Onondaga, et al., Respon-

dents, and Roy A. Bernardi, Appellant. (Appeal No. 1.) — Order unanimously affirmed, without costs. (Appeal from order of Onondaga Supreme Court, Tenney, J. — election law.) Present — Dillon, P. J., Cardamone, Callahan, Denman and Schnepp, JJ. (Decided Aug. 26, 1981.)